IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41402
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL CARRIZALES JARAMILLO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-261-1
--------------------
July 20, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Manuel Carrizales Jaramillo appeals his jury-trial conviction for illegal reentry after deportation and impersonating a United States citizen. He avers that the district court erred in failing to instruct the jury on the defense of duress.

We have reviewed the record and the briefs on appeal and hold that the district court did not abuse its discretion in failing to instruct the jury on the defense of duress. United States v. Tannehill, 49 F.3d 1049, 1057 (5th Cir. 1995).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jaramillo failed to show that he had no reasonable legal alternative to violating the law.  United States v. Harvey, 897 F.2d 1300, 1304-05 (5th Cir. 1990), overruled on other grounds, United States v. Lambert, 984 F.2d 658, 661-62 (5th Cir. 1993)(en banc).

AFFIRMED.